# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| GEORGANN FLORA, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:16-CV-0252 |
| NANCY A. BERRYHILL, Acting Commissioner of Social | ) |
| Security, | )    (Chief Judge Conner) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name* )
_____ recover costs from the plaintiff *(name)*
_____ .

X  other:    JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff GEORGANN FLORA, as follows: The Commissioner's decision denying the application for a period of disability and disability insurance benefits of Georgann L. Flora  is AFFIRMED, in accordance with the court's order (Doc. 23), dated June 27, 2017.

This action was *(check one)*:

☐  tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge        Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION

Date: _____ Jun 28, 2017 _____          *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

K. McKinney

_____
*Signature of Clerk or Deputy Clerk*